# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                                      **No. 4:21-cr-121-DPM**

**DELLRICK DAVONTE SMITH**                                      **DEFENDANT**

## ORDER

Smith filed a motion for early termination of his supervised release. The United States Probation Office doesn't object. The government does.

There are good reasons to grant the motion and to deny it. Smith committed the crime in this case while on federal supervised release. That weighs heavily against him. And the government is right that mere compliance with the terms of supervised release isn't enough to justify early termination. But the Court sees more than mere compliance here. The letters attached to Smith's motion are compelling evidence that he's truly turned the corner.

The Court imposed thirty-six months of supervised release. Smith has served twenty-one. All material things considered, the Court sees no reason to continue supervision any longer. Smith's motion, *Doc. 44*, is therefore granted. His supervision in this case and in *United States v. Dellrick Davonte Smith*, Case No. 4:19-cr-486-DPM (E.D. Ark.) is terminated. Well done.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 February 2026_